**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami-Dade Division**

**CASE NO. 13-21158-CIV-LENARD/GOODMAN**

| | |
|---|---|
| MONICA BARBA and JONATHAN REISMAN, on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| SHIRE U.S., INC., a New Jersey Corporation, SHIRE, LLC, a Kentucky Limited Liability Company, and DOES 1 through 100, inclusive, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**NOTICE OF SETTLEMENT AND JOINT MOTION TO DEFER RULING ON
PENDING MOTIONS AND TO VACATE THE TRIAL DATE**

Plaintiffs Monica Barba and Jonathan Reisman ("Plaintiffs") and Defendants Shire, U.S. Inc., and Shire, LLC ("Shire") by and through their attorneys of record, hereby notify the Court that, following private mediation, the parties have reached a settlement in principle of this class action. Accordingly, the parties agree as follows:

WHEREAS, **Exhibit A** lists all pending motions and the parties respectfully request that the Court defer ruling on said motions;

WHEREAS, the Final Pretrial Conference is scheduled for February 29, 2016 at 3:30 PM (D.E. 174);

WHEREAS, trial is scheduled to commence on March 21, 2016 at 9:00 AM (D.E. 174);

WHEREAS, the parties attended a full day of mediation on February 9, 2016 and have reached a settlement in principle;

WHEREAS, pursuant to Federal Rules of Civil Procedure Rule 23(e), after final settlement documents are executed, Plaintiffs will promptly move for preliminary approval of the settlement and ask the Court to allow settlement notice to be disseminated and to schedule a final fairness hearing; and

WHEREAS, Plaintiffs anticipate it will take approximately 45 days to finalize the settlement agreement and file their motion for preliminary approval;

THEREFORE, the parties jointly move and respectfully request that all dates and deadlines be vacated pending motions under Rule 23(e)(1)-(5) for approval of the settlement.

Dated: February 11, 2016

Respectfully submitted,

| | |
|---|---|
| /s/ Brian T. Ku | /s/ Porter F. Fleming |
| Brian T. Ku, Esq. (Fla. # 610461) | Porter F. Fleming *(Pro Hac Vice)* |
| brian@kumussman.com | pfleming@flhlaw.com |
| Louis Mussman, Esq. (Fla # 597155) | Michael F. Brockmeyer, Esq. *(Pro Hac Vice)* |
| Louis@kumussman.com | mbrockmeyer@flhlaw.com |
| M. Ryan Casey, Esq. *(Pro Hac Vice)* | David A. Zwally, Esq. *(Pro Hac Vice)* |
| ryan@kumussman.com | dzwally@flhlaw.com |
| Ku& Mussman, P.A. | John F. Collins, Esq. *(Pro Hac Vice)* |
| 12550 Biscayne Blvd., Ste. 406 | jcollins@flhlaw.com |
| Miami, Florida 33181 | Edgar H. Haug, Esq. (*Pro Hac Vice*) |
| Tel: (305) 891-1322 | ehaug@flhlaw.com |
| Fax: (305) 891-4512 | David S. Shotlander *(Pro Hac Vice)* |
| | dshotlander@flhlaw.com |
| -and- | Frommer Lawrence & Haug LLP |
| | 745 Fifth Avenue |
| Conlee Whiteley, Esq. *(Pro Hac Vice)* | New York, NY 10151 |
| c.whiteley@kanner-law.com | Tel: (212) 588-0800 |
| John R. Davis, Esq. *(Pro Hac Vice)* | Fax: (212) 588-0500 |
| j.davis@kanner-law.com | |
| Kanner & Whiteley, LLC | -and- |

| | |
|---|---|
| 701 Camp Street | |
| New Orleans, Louisiana 70130 | Eric C. Christu , Esq. (FL Bar No. 434647) |
| Tel: (504) 524-5777 | echristu@shutts.com |
| Fax: (504) 524-5763 | Daniel J. Barsky, Esq. (FL Bar No. 25713) |
| | dbarsky@shutts.com |
| Ruben Honik, Esq. *(Pro Hac Vice)* | Shutts & Bowen LLP |
| RHonik@GolombHonik.com | 525 Okeechobee Boulevard, Suite 1100 |
| Richard M. Golomb, Esq. *(Pro Hac Vice)* | West Palm Beach, FL 33401 |
| RGolomb@GolombHonik.com | Tel: (561) 650-8556 |
| Kenneth J. Grunfeld, Esq. (Pro Hac Vice) | Fax: (561) 671-5900 |
| KGrunfeld@GolombHonik.com | |
| GOLOMB & HONIK, P.C. | *Attorneys for Defendants* |
| 1515 Market Street, Suite 1100 | |
| Philadelphia, PA 19102 | |
| Tel: (215) 985-9177 | |
| Fax: (215) 985-4169 | |

-and-

Gillian L. Wade, Esq. (Pro Hac Vice)
Gwade@milsteinadelman.com
Sara D. Avila, Esq. (Pro Hac Vice)
Savila@milsteinadelman.com
MILSTEIN ADELMAN, LLP
10250 Constellation Boulevard
14th Floor
Los Angeles, CA 90067
Tel.: (310) 396-9600
Fax: (310) 396-9635


*Attorneys for Plaintiffs and the Class*

# Exhibit A

## List of All Pending Motions

1. Plaintiffs' renewed motion to certify class (D.E. 217), pending the Court's decision whether to adopt the Magistrate Judge's report recommending that the motion be granted (D.E. 374), and Shire's objections to the report and recommendation (D.E. 383).

2. Shire's renewed motion for summary judgment (D.E. 238).

3. Plaintiffs' motion *in limine* (*Daubert* motion) to exclude expert testimony of Christopher Smith (D.E. 239).

4. Plaintiffs' motion *in limine* (*Daubert* motion) to exclude expert testimony of Dr. Dhiren Thakker (D.E. 242).

5. Plaintiffs' motion *in limine* (*Daubert* motion) to exclude certain expert opinions of Gregory K. Bell (D.E. 236), pending the Court's decision whether to adopt the Magistrate Judge's report recommending that the motion be denied (D.E. 387) and Plaintiffs' objections to the report and recommendation (D.E. 394).

6. Shire's motion *in limine* (*Daubert* motion) to exclude testimony of Bruce Sunstein (D.E. 245).

7. Shire's motion *in limine* (*Daubert* motion) to limit Dr. Rubinstein's testimony to the opinions disclosed in his expert declaration (D.E. 244), pending the Court's decision whether to adopt the Magistrate Judge's report recommending that the motion be denied (D.E. 407) and Shire's objections to the report and recommendation (D.E. 409).

8. Shire's motion *in limine* (*Daubert* motion) to exclude the testimony of Dr. Meredith Rosenthal (D.E. 241), pending the Court's decision whether to adopt the Magistrate

Judge's report recommending that the motion be granted (D.E. 396) and Plaintiffs' objections to the report and recommendation (D.E. 406).

9. Shire's motion to strike rebuttal expert report of Mr. Johnston (D.E. 307).

10. Plaintiffs' motions *in limine* (non-*Daubert*):

   a. Plaintiffs' motion *in limine* and incorporated memorandum of law to prevent Defendants from presenting evidence regarding the date of ANDA approval (D.E. 339)

   b. Plaintiffs' motion *in limine* and incorporated memorandum of law to exclude evidence or argument of patent litigation consent judgments (D.E. 340)

   c. Plaintiffs' motion *in limine* and incorporated memorandum of law to exclude evidence or argument by Defendants disparaging Plaintiffs, Plaintiffs' Counsel, class actions and perceived motives behind litigation (D.E. 341)

   d. Plaintiffs' motion *in limine* and incorporated memorandum of law to preclude Defendants from introducing evidence related to closure of FTC investigation (D.E. 342)

   e. Plaintiffs' motion *in limine* and incorporated memorandum of law precluding Defendants from presenting live testimony (D.E. 343)

   f. Plaintiffs' motion *in limine* and incorporated memorandum of law to prevent Defendants from asserting a good faith reliance on counsel defense or offering related evidence (D.E. 344)

   g. Plaintiffs' motion *in limine* and incorporated memorandum of law to exclude argument or evidence that Shire's desire to avoid litigation uncertainty can be a valid, pro-competitive justification (D.E. 345).

11. Shire's motions *in limine* (non-*Daubert*):

   a. Shire's motion *in limine* and incorporated memorandum of law to exclude evidence and argument related to Shire's reliance on counsel and attorney-client privilege (D.E. 351)

   b. Shire's motion *in limine* and incorporated memorandum of law to exclude evidence concerning Shire's settlements related to Shire's marketing of certain drugs (D.E. 353)

   c. Shire's motion *in limine* and incorporated memorandum of law to exclude evidence and testimony concerning: (I) Shire's alleged breach of supply agreements with Teva and Impax and the resulting settlements and (II) the alleged shortage of authorized generic Adderall XR (D.E. 354)

   d. Shire's motion *in limine* and incorporated memorandum of law to preclude all references to "deceptive" acts (D.E. 355)

   e. Shire's motion *in limine* and incorporated memorandum of law to preclude Plaintiffs from calling 56 fact witnesses at trial (D.E. 358)

   f. Shire's motion *in limine* and incorporated memorandum of law to exclude evidence or argument related to Shire's constitutionally-protected petitioning conduct (D.E. 360)

   g. Shire's motion *in limine* and incorporated memorandum of law to exclude evidence and argument that the royalty terms in Shire's settlements with Barr and Impax constitute reverse payments under *Actavis* (D.E. 361)

   h. Shire's motion *in limine* and incorporated memorandum of law to exclude evidence concerning Shire's managed care rebates (D.E. 362).

12. Plaintiffs' unopposed motion for status conference (D.E. 381).

13. Plaintiffs' motion to confirm confidentiality de-designations and to unseal related materials (D.E. 386).

## CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that on this 11th day of February, 2016, this filing complies with Local Rule 5.1 and this Court's January 29, 2015 Order (ECF 173).

By: /s/ Brian T. Ku
Brian T. Ku, Esq. (Fla. # 610461)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of February, 2016, a true and correct copy of the foregoing Notice of Settlement and Joint Motion to Defer Ruling on Pending Motions and to Vacate the Trial Date was filed and served on all counsel of record by operation of the court's CM/ECF system.

By: /s/ Brian T. Ku
Brian T. Ku, Esq. (Fla. # 610461)